Gary B. Rudolph, Esq. (#101921)
James F. Lewin, Esq. (#140268)
SPARBER RUDOLPH ANNEN, APLC
701 "B" Street, Suite 1000
San Diego, CA 92101
Telephone (619) 239-3600
Facsimile (619) 239-5601

Attorneys for Leslie T. Gladstone, Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Case No. 05-11028-JM7 |
| MARK STEPHEN TROTTER, [SSN - 9769] | ) Adv. Proc. No. 07-90597-JM |
| Debtor. | ) **NOTICE OF DISMISSAL OF** |
| | ) **ADVERSARY PROCEEDING** |
| LESLIE T. GLADSTONE, Chapter 7 Trustee | ) |
| Plaintiff, | ) [No Hearing Scheduled] |
| v. | ) |
| GOODMAN & RICHTER, LLP, | ) |
| Defendant. | ) |

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure, Plaintiff Leslie T. Gladstone, Chapter 7 Trustee, hereby dismisses the above-captioned adversary proceeding without prejudice.

SPARBER RUDOLPH ANNEN, APLC

Dated: February 27, 2008        By: /s/ Gary Rudolph
                                Gary B. Rudolph, Esq.,
                                Attorneys for Plaintiff, Leslie T. Gladstone, Chapter 7 Trustee

5445-1/240640.1

# PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am over the age of eighteen years, not a party to the within action and employed in the County of San Diego, State of California. I am employed in the office of SPARBER RUDOLPH ANNEN, APLC, members of the Bar of the above-entitled Court, and I made the service referred to below at their direction. My business address is 701 "B" Street, Suite 1000, San Diego, California 92101.

On February 27, 2008, I served true copy(ies) of the following documents to the party(ies) listed on the attached service list.

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

☒ BY MAIL: I am familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such document(s) were placed in envelopes addressed to the person(s) served hereunder for collection and mailing with postage thereon fully prepaid at San Diego, California, on that same day following ordinary business practices.

☐ BY FACSIMILE: At approximately _____ .m., I caused said document(s) to be transmitted by facsimile. The telephone number of the sending facsimile machine was (619) 239-5601. The name(s) and facsimile machine telephone number(s) of the person(s) served are set forth in the service list. The document was transmitted by facsimile transmission, and the sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☐ BY OVERNIGHT DELIVERY: I deposited such document(s) in a box or other facility regularly maintained by the overnight service carrier, or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents, in an envelope or package designated by the overnight service carrier with delivery fees paid or provided for, addressed to the person(s) served hereunder.

☐ BY PERSONAL SERVICE: I personally delivered such document(s) to the person(s) served hereunder.

☐ BY ELECTRONIC MAIL: I caused said document(s) to be served by electronic mail.

I certify under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on February 27, 2008 at San Diego, California.

/s/ Maria A. Annen
Maria A. Annen

i

5445-1/240640.1

**SERVICE LIST:**

Office of the United States Trustee
402 W. Broadway, Suite 600
San Diego, CA  92101

Linda L. Goodman, Esq.
The Goodman Law Firm
126 West Fir Street
Sam Diego, CA 92101

ii

5445-1/240640.1